DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
John Eugene Davis

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) No. 01:06-cr-00348 OWW<br>) |
| v. | )<br>) ORDER RE DISCOVERY |
| JOHN EUGENE DAVIS, | )<br>) |
| Defendant. | )<br>) |

On January 8, 2007, this court heard defendant's motion for discovery and the government's request for reciprocal discovery. Dkt. 11 and 12. The court was informed that there is no dispute as to discovery, and that the defense does not object to an order for reciprocal discovery.

Pursuant to Rule 16, Federal Rules of Criminal Procedure; Eastern District of California Local Rule Crim 16-440; and *Brady v. Maryland*, 373 U.S. 83 (1963), the court grants the defendant's request for discovery to the extent required by Rule 16 and *Brady*, and denies it otherwise. The court grants defendant's request for notice of other crimes, wrongs, or acts pursuant to Rule 404(b) of the Federal Rules of Evidence; such notice shall be provided at least ten days prior to trial in this action.

The court grants the government's request for reciprocal discovery pursuant to Rule 16; and for notice of an alibi defense pursuant to Rule 12.1, or an insanity defense pursuant to Rule 12.2, of the Rules of Criminal Procedure.

1   IT IS SO ORDERED.

3   IT IS SO ORDERED.

4   **Dated:   January 26, 2007**              /s/ Oliver W. Wanger
    emm0d6                                   UNITED STATES DISTRICT JUDGE