```
McGREGOR W. SCOTT
United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
2500 Tulare Street
Room 4401
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 1:06-cr-00348 LJO |
| ) | |
| Plaintiff,  ) | STIPULATION TO CONTINUE DATES |
| ) | AND ORDER |
| v.   ) | |
| ) | DATE: April 27, 2007 |
| ) | TIME: 9:00 a.m. |
| JOHN EUGENE DAVIS,   ) | PLACE: Courtroom 4 |
| ) | Honorable Lawrence J. O'Neill |
| Defendant.  ) | |
| ) | |

On March 2, 2007, a minute order was issued reassigning the above-captioned case from the Honorable Oliver W. Wanger to the Honorable Lawrence W. O'Neill.  As a result of this transfer, the hearing date of April 9, 2007 was vacated and a hearing was set for April 13, 2007.

Counsel for government is scheduled to begin a three-week trial on March 13, 2007.  Counsel for the government will also be out of the office attending a pre-scheduled training program from April 10, 2007 through April 13, 2007.

ACCORDINGLY, IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record as follows:

1.   The **motions hearing** presently scheduled before the Honorable Lawrence J. O'Neill for April 13, 2006 at 9:00 a.m. shall be continued to **April 27, 2007, at 9:00 a.m.**

1

2. The **defendant's motions** currently due on March 2, 2007 shall be due on **March 13, 2007.**

3. The **government's response** to motions currently due on April 2, 2007, shall be due on **April 17, 2007.**

The parties further agree that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(I).

Dated: March 5, 2007                McGREGOR W. SCOTT
                                    United States Attorney

                                By: /s/ Sheila K. Oberto
                                    SHEILA K. OBERTO
                                    Assistant U.S. Attorney


Dated: March 5, 2007                /s/ Marc C. Ament
                                    MARC C. AMENT
                                    Attorney for Defendant
                                    JOHN EUGENE DAVIS


The Court has reviewed the stipulation and request for a continuance.  Good cause exists for both motions to continue and to exclude time due to the unavailability of counsel. Both motions are granted.  It is further ordered that the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(1)(F), and 3161(h)(8)(B)(I).


IT IS SO ORDERED.

**Dated:   March 5, 2007**                /s/ Lawrence J. O'Neill

2

1  b9ed48                                    UNITED STATES DISTRICT JUDGE